**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD S. EDWARDS,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:06-cv-836-Orl-22DAB**

**FLORIDA DEPARTMENT OF CHILDREN**
**AND FAMILIES; CHRISTINE MILLETT,**
**Data Processing Manager; and WILLIAM**
**PENLEY,**

        **Defendants.**

_____

**ORDER**

This cause comes before the Court for consideration of the Report and Recommendation (R&R) Magistrate Judge David A. Baker issued on March 6, 2007. Doc. 50. Plaintiff has filed a document entitled "Plaintiff's Motion to Reconsider, Alter, Amend or Vacate Recommendation," etc., Doc. 51, which the undersigned judge will consider as an objection to the R&R. *See* Local Rule 6.02. In turn, the Defendants have submitted a response, Doc. 52, to Plaintiff's motion; the Court will consider that document as a response to the Plaintiff's objection. *Id.* Upon carefully considering these filings, the Court ORDERS as follows:

1. The Report and Recommendation (Doc. 50), issued on March 6, 2007, is APPROVED AND ADOPTED.

2. The Plaintiff's objections to the R&R are OVERRULED. The Clerk shall terminate Plaintiff's Motion to Reconsider, Alter, Amend or Vacate Recommendation, etc. (Doc. 51) as a pending motion.

3. Defendant Christine Millett's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 32), filed on October 30, 2006, is GRANTED IN PART.

4. Defendant William Penley's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 33), filed on October 30, 2006, is GRANTED IN PART.

5. Defendant Department of Children and Families' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 37), filed on October 30, 2006, is GRANTED IN PART.

6. Count I of the Amended Complaint is DISMISSED. Counts II, III and IV are also DISMISSED insofar as they seek relief against Defendants Miller or Penley under Title VII. Further, the Court declares that the Amended Complaint does not presently include a claim under the ADEA.

7. Plaintiff is allowed one final opportunity to amend his complaint. Plaintiff is granted leave to file and serve a second amended complaint on or before April 27, 2007. In that pleading, Plaintiff may assert claims pursuant to 42 U.S.C. § 1983, Title VII, and the ADEA only against Florida Department of Children and Families.[1] The pleading shall not name any individuals as defendants.[2] Failure to file a second amended complaint by the deadline specified may result in dismissal of this action without further notice.

---

[1] In its two motions to dismiss, the Florida Department of Children and Families did not assert that it cannot be sued in that name. Moreover, the Department has not argued in its dismissal papers that any of Plaintiff's claims are barred by the Eleventh Amendment, even though the agency raised that defense in its Answer.

[2] The Amended Complaint purports to seek injunctive relief. However, such relief is inappropriate because Plaintiff seeks redress for discrimination he allegedly suffered in the past, from sometime in 1988 to June 2004. Further, since Plaintiff is no longer employed by the Department, there can be no continuing violation of his rights.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 11, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Baker